IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BOULTINGHOUSE,

     Petitioner,

v.                             CASE NO. 5:10-cv-00262-RS -GRJ

PAIGE AUGUSTINE,

     Respondent.

_____/

## <u>REPORT AND RECOMMENDATION</u>

     Petitioner initiated this case by filing a petition for a writ of habeas corpus

pursuant to 28 U.S.C § 2241 challenging the Bureau of Prison's decision following

review of Petitioner for placement in a residential reentry center (RRC) prior to release.

Petitioner contended that he was eligible for RRC placement nine to 12 months before

the expiration of his sentence.  Doc. 1.  The Respondent filed a response to the

Petition, with supporting affidavits, reflecting that Petitioner was reviewed for RRC

placement in accordance with the applicable statutes and BOP policies, and was found

to be eligible for placement six months before the expiration of his sentence.  Doc. 11.

According to the Response, Petitioner's projected release date was October 8, 2011,

and therefore his RRC placement would have occurred on or about April 11, 2011.  *See

id*.

     Petitioner's last address of record with the Court is FCI Marianna.  A review of

the BOP's Inmate Locator reflects that Petitioner was released from BOP custody on

October 7, 2011.  Petitioner has not filed a change of address with the Court, and there

has been no activity in this case since January 2011.  Accordingly, it is respectfully

**RECOMMENDED** that this case be dismissed for failure to prosecute and/or as moot.

    **IN CHAMBERS**  this 6th day of December 2011.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge


<u>**NOTICE TO THE PARTIES**</u>

    **A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**